1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CONTRERAS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AUTOZONERS, LLC, a Nevada limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-04841 SPG (ASx)<br><br>**ORDER: JOINT STIPULATION TO STAY MATTER PENDING ARBITRATION**<br><br>Action Filed:　　May 3, 2023<br>Removal Filed:　June 20, 2023<br>Trial Date:　　　None |

Pursuant to the parties' stipulation, the parties agree to binding arbitration of all of Plaintiff's individual claims in the Complaint in a single arbitration. Upon review of the stipulation and proposed order, IT IS ORDERED THAT:

1. The Stipulation of the parties to STAY this case pending binding arbitration of Plaintiff's individual claims is hereby **DENIED**. See Forrest v. Spizzirri, 62 F.4th 1201, 1203 (9th Cir. 2023) (holding that "district courts may dismiss suits when, as here, all claims are subject to arbitration"); see also Thompson v. Citibank, N.A., No. 23-CV-1179 TWR (DEB), 2023 WL 4721102, at *1 (S.D. Cal. July 24, 2023) (dismissing case without prejudice and denying request to stay the case pending arbitration).

2. The matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Date: July 26, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE